**No. 10-5884. Geoffrey Brunick, Petitioner v. United States.**

562 U.S. 940, 131 S. Ct. 355, 178 L. Ed. 2d 230, 2010 U.S. LEXIS 7284.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 374 Fed. Appx. 714.

**No. 10-5885. Jermaine Webb, Petitioner v. Randall Hepp, Warden.**

562 U.S. 940, 131 S. Ct. 355, 178 L. Ed. 2d 230, 2010 U.S. LEXIS 7320.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 10-5887. Michael Pericles, Petitioner v. United States.**

562 U.S. 940, 131 S. Ct. 356, 178 L. Ed. 2d 230, 2010 U.S. LEXIS 7305.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 382 Fed. Appx. 801.

**No. 10-5889. Paul Monea, Petitioner v. United States.**

562 U.S. 940, 131 S. Ct. 356, 178 L. Ed. 2d 230, 2010 U.S. LEXIS 7389.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 376 Fed. Appx. 531.

**No. 10-5890. Thomas Moore, Petitioner v. Franklin J. Tennis, Superintendent, State Correctional Institution at Rockview, et al.**

562 U.S. 940, 131 S. Ct. 356, 178 L. Ed. 2d 230, 2010 U.S. LEXIS 7420,

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-5891. Camelia Peatross, Petitioner v. United States.**

562 U.S. 940, 131 S. Ct. 356, 178 L. Ed. 2d 230, 2010 U.S. LEXIS 7229.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 377 Fed. Appx. 477.

**No. 10-5892. Jerald Jerome Dorsey, Petitioner v. United States.**

562 U.S. 940, 131 S. Ct. 356, 178 L. Ed. 2d 230, 2010 U.S. LEXIS 7164.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.